**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (SBN 052235)
901 E Street, Suite 100
San Rafael, CA  94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348
Email:  njbloomfield@njblaw.com

Attorneys for Plaintiff Billie Y. Souza

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE Y. SOUZA, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH B. SOUZA,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA<br><br>    Defendants. | CASE NO.  CV-10-2651-TEH<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:  September 27, 2010<br>Time:  1:30 pm<br>Place:  Courtroom 12, 19th  Floor<br>       450 Golden Gate Avenue<br>       San Francisco, Ca. |

### **STIPULATION**

The parties, through their counsel, briefly conferred by telephone on September 2, 2010 pursuant to Federal Rules of Civil Procedure, Rule 26(f).  As the parties believe this case will soon settle, they jointly request that the Case Management Conference be postponed for approximately 45 days, and all deadlines be re-calendared from the new Case Management Conference Date.  A proposed Order is provided at the end of this stipulation.

So Stipulated.

Dated:  September 13, 2010               /s/ Neil Jon Bloomfield
                                          Neil Jon Bloomfield
                                          Attorney for Plaintiff Billie Y. Souza

Dated:  September 13, 2010               /s/ Blake D. Stamm
                                          Blake D. Stamm
                                          Attorney for Defendant United States

## ORDER

Upon stipulation of the parties, and for good cause shown, the Case Management Conference in this case has been continued from September 27, 2010 to November 15, 2010.

Dated: 09/14/10                          _____
                                          Honorable Thelton E. Henderson

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed Judge Thelton E. Henderson]

---

2
STIPULATION AND ORDER CONTNIUING CASE MANAGEMENT CONFERENCE