1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-78T)
   Chief, Tax Division
3  BLAKE D. STAMM (CTBN 301887)
   Assistant United States Attorney
4       450 Golden Gate Ave., Box 36055
        San Francisco, CA 94102
5       Telephone: (415) 436-7063
        Facsimile:  (415) 436-6748
6
   Attorneys for the United States of America
7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN FRANCISCO DIVISION
10
   BILLIE Y. SOUZA, PERSONAL            )
11 REPRESENTATIVE OF THE ESTATE OF      )  No.  C-10-02651-TEH
   JOSEPH B. SOUZA,                     )
12                                      )  STIPULATION AND ORDER
              Plaintiff,                )  CONTINUING CASE MANAGEMENT
13                                      )  CONFERENCE
        v.                              )
14                                      )  Date:  November 15, 2010
   UNITED STATES OF AMERICA,            )  Time:  1:30 p.m.
15                                      )  Place:  Courtroom 12, 19th Floor
              Defendants.               )          450 Golden Gate Avenue
16 _____)          San Francisco, CA

17                             **STIPULATION**

18        The parties, through their counsel, conferred by telephone on November 5, 2010 pursuant

19 to Federal Rules of Civil Procedure, Rule 26(f). The parties have engaged in productive

20 settlement negotiations in conjunction with the Internal Revenue Service.  In that any settlement

21 must be approved by the Department of Justice, Tax Division in Washington, D.C., the parties

22 jointly request that the Case Management Conference be postponed to December 20, 2010, and

23 all deadlines be re-calendared from the new Case Management Conference Date. This

24 continuance should permit sufficient time to seek the required authorization.  A proposed Order

25 is provided at the end of this stipulation.

26 Dated: November 5, 2010                   _____/s_____
                                            Neil Jon Bloomfield
27                                          Attorney for Plaintiff Billie Y. Souza

28 Dated: November 5, 2010                   _____/s_____
                                            Blake D. Stamm
                                            Attorney for Defendant United States

1

**ORDER**

2

Upon stipulation of the parties, and for good cause shown, the Case Management

3

November 15, 2010
Conference in this case has been continued from ~~September 27, 2010~~ to December 20, 2010.

4

5

Dated: 11/8/10



THELTON E. HENDERSON
United States Distri

Judge Thelton E. Henderson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28