MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-78T)
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7063
    Facsimile:  (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLIE Y. SOUZA, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH B. SOUZA,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | No. C-10-02651-THE<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:  December 20, 2010<br>Time:  1:30 p.m.<br>Place:  Courtroom 12, 19th Floor<br>        450 Golden Gate Avenue<br>        San Francisco, CA |

**STIPULATION**

The parties, through their counsel, conferred by telephone on December 13, 2010 pursuant to Federal Rules of Civil Procedure, Rule 26(f). The parties have reached a tentative agreement in conjunction with the Internal Revenue Service. In that any settlement must be approved by the Department of Justice, Tax Division in Washington, D.C., the parties jointly request that the Case Management Conference be postponed to February 14, 2011, and all deadlines be re-calendared from the new Case Management Conference Date. This continuance should permit sufficient time to seek the required authorization. A proposed Order is provided at the end of this stipulation.

Dated: December 13, 2010                                                  /s
                                                                        Neil Jon Bloomfield
                                                                        Attorney for Plaintiff Billie Y. Souza

Dated: December 13, 2010                                                                /s
                                                                        Blake D. Stamm
                                                                        Attorney for Defendant United States

**ORDER**

Upon stipulation of the parties, and for good cause shown, the Case Management Conference in this case has been continued from December 20, 2010 to February 14 2011, and all deadlines are re-calendared from the new Case Management Conference Date.

Dated: 12/14/10



Judge Thelton E. Henderson