**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (SBN 052235)
901 E Street, Suite 100
San Rafael, CA  94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348
Email:  njbloomfield@njblaw.com

Attorneys for Plaintiff Billie Y. Souza,
    Personal Representative

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE Y. SOUZA, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH B. SOUZA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>    Defendants. | CASE NO.  CV-10-2651-TEH<br><br>**ORDER GRANTING REQUEST TO VACATE ORDER OF DISMISSAL** |

    The Order dismissing this case (Doc #20) is hereby vacated.  Counsel for the parties shall appear for a Case Management Conference on ____June 27____, 2011 at ____1:30 p.m.____ in Courtroom 12 on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco  94102.  Not less than 7 days prior, counsel shall submit a joint Case Management Conference Statement.

    SO ORDERED

Dated: 05/25/2011

_____
Judge Thelton E. Henderson