MELINDA HAAG
United States Attorney

THOMAS MOORE
Chief, Tax Division

THOMAS M. NEWMAN
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6888

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLIE Y. SOUZA, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH B. SOUZA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant, | No. 10-cv-2651-TEH<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties stipulate as follows:

1.    A case management conference is currently scheduled for June 27, 2011.

2.    The parties stipulate to continue the case management conference until July 11, 2011, at 1:30 p.m.

3.    The deadline for a fling a joint case management statement is continued to July 5, 2011.

4.    Defendant's counsel, Blake Stamm, has been absent on medical leave for about two months. In his absence, Defendant has checked on payment and expects to receive a check on June 23, 2011. The parties request the extension in order to allow time to resolve this matter

*Stipulation to Continue*
*Case No. 11-cv-2651-TH*

1  during this period.

2

3                                          Respectfully submitted,
                                           MELINDA HAAG
4                                          United States Attorney

5

6                                          */s/Thomas M. Newman*
   Dated: June 22, 2011                    THOMAS M. NEWMAN
7                                          Assistant United States Attorney
                                           Tax Division
8
   Dated: June 22, 2011                    */s/ Neil Jon Bloomfield*
9                                          NEIL JON BLOOMFIELD
                                           Attorneys for Plaintiff
10

11
                                  **ORDER**
12

13
              PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.
14
         Dated:  06/22/2011
15
                                           THE,
16                                         United States District Judge

                                           Judge Thelton E. Henderson

*Stipulation to Continue*
*Case No. 11-cv-2651-TH*            2