**LAW OFFICES OF NEIL JON BLOOMFIELD**
Neil Jon Bloomfield, Esq. (SBN 052235)
901 E Street, Suite 100
San Rafael, CA  94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348
Email:  njbloomfield@njblaw.com

Attorneys for Plaintiff Billie Y. Souza,
        Personal Representative

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE Y. SOUZA, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH B. SOUZA,<br><br>     Plaintiff,<br><br><br>     vs.<br><br>UNITED STATES OF AMERICA<br><br>     Defendants.<br>_____ | ) CASE NO.  CV-10-2651-TEH<br>)<br>) **STIPULATION AND ORDER**<br>) **FOR DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

        The parties, through their respective counsel, hereby stipulate that this proceeding may be dismissed with prejudice at this time as Plaintiff's counsel has received on July 1, 2011 from Defendant full payment of Plaintiff's refund claim plus statutory interest in the total amount of $78,951.39.  A proposed Order is provided at the end of this stipulation.

/

/

/

1

1    The parties therefore stipulate that this case should be dismissed with prejudice.    So

2    Stipulated:

3

4    Dated:  July 1, 2011                     Law Offices of Neil Jon Bloomfield

5                                             /s/ Neil Jon Bloomfield

6                                             _____

7                                             Neil Jon Bloomfield
                                              Attorney for Plaintiff Billie Y. Souza

8

9    Dated:  July 1, 2011                     Office of the United States Attorney

10                                            /s/ Thomas Newman

11                                       By_____

12                                            Thomas Newman
                                              Assistant United States Attorney
                                              Attorneys for Defendant United States

13

14

15

16                          **DECLARATION OF CONSENT**

17   Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury

18   that concurrence in the filing of this document has been obtained from the above-listed counsel, Office

19   of the United States Attorney, Attorneys for Defendant United States.

20

21   Dated: July 1, 2011                          /s/ Neil Jon Bloomfield

22                                           _____.

23                                           Neil Jon Bloomfield

24

25

26

27

28

2

STIPULATION AND ORDER FOR DISMISSAL

1

**ORDER**

2          Upon stipulation of the parties, and for good cause appearing, it is hereby ordered that this case

3    be dismissed with prejudice.

4

5

6    Dated: ___7/5/11_____

7

8                                                    _____

9                                                    THE _____N

10                                                   UNIT_____JUDGE

11



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL